LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

KRISTIE JURKIEWICZ,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. EDCV 22-0927 AGR

[PROPOSED] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED SIXTY-NINE DOLLARS AND 50/100 ($4,569.50), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: January 6, 2023

_____
HON. ALICIA G. ROSENBERG,
UNITED STATES MAGISTRATE JUDGE

-1-